United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                              Case No. 23-12245-amc
Marlene Andrea Anthony                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 4
Date Rcvd: Jan 23, 2024          Form ID: 155          Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Marlene Andrea Anthony, 1060 Alcott St, Philadelphia, PA 19149-3608 |
| 14802576 | + | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 14810991 | + | PA Housing Finance Agy, c/o Leon P. Haller, Esq., PURCELL, KRUG & HALLER, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14802597 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14802598 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14802602 | + | Public Storage, 6225 Oxford Ave, Philadelphia, PA 19111-5809 |
| 14802613 | | Target, c/o Financial & Retail Srvs Mailstop BT, Minneapolis, MN 55440 |
| 14802614 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14802569 | | Email/PDF: bncnotices@becket-lee.com | Jan 24 2024 00:31:59 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14802570 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 24 2024 00:23:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14802581 | | Email/Text: megan.harper@phila.gov | Jan 24 2024 00:23:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14802572 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2024 00:31:59 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14802571 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2024 00:31:51 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14802573 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2024 00:31:51 | Capital One/SaksFirst, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14802574 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2024 00:31:52 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14802577 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2024 00:31:58 | Citibank Sears, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14820125 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2024 00:31:52 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14802578 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2024 00:31:52 | Citibank/Best Buy, Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14802579 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2024 00:32:01 | Citibank/Sears, Attn: Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14802582 | | Email/Text: bankruptcy@philapark.org | Jan 24 2024 00:23:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14802583 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 23-12245-amc    Doc 21    Filed 01/25/24    Entered 01/26/24 00:35:21    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 23, 2024 | Form ID: 155 | Total Noticed: 54 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 24 2024 00:23:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14802584 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2024 00:23:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14802585 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2024 00:23:00 | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14802586 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2024 00:23:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14802587 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2024 00:23:00 | Comenitycapital/c21, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14802588 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2024 00:31:52 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14802592 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2024 00:31:52 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14810781 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 24 2024 00:23:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, Ne 68197 |
| 14802589 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 24 2024 00:23:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 14802590 | + | Email/Text: bankruptcy@greenskycredit.com | Jan 24 2024 00:23:00 | GreenSky Financial, Attn: Bankruptcy Attn: Bankruptcy, 1797 NE Expressway NE , Ste 100, Atlanta, GA 30329-2451 |
| 14802591 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 24 2024 00:23:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14820879 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 24 2024 00:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14802575 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 24 2024 00:32:00 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14802593 | | Email/Text: bnc@nordstrom.com | Jan 24 2024 00:23:50 | Nordstrom Signature Visa, Attn: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14802596 | | Email/Text: blegal@phfa.org | Jan 24 2024 00:23:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, PO Box 8029, Harrisburg, PA 17105-8029 |
| 14802594 | | Email/Text: fesbank@attorneygeneral.gov | Jan 24 2024 00:23:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14820853 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2024 00:31:52 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14802595 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14810819 | + | Email/Text: blegal@phfa.org | Jan 24 2024 00:23:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14802599 | + | Email/Text: bankruptcy@philapark.org | Jan 24 2024 00:23:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14802600 | + | Email/Text: bankruptcy1@pffcu.org | Jan 24 2024 00:23:00 | Police & Fire FCU, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14807208 | + | Email/Text: bankruptcy1@pffcu.org | Jan 24 2024 00:23:00 | Police & Fire Federal Credit Union, 1 Greenwood Square, 3333 Street Rd, Bensalem, PA 19020-2022 |
| 14802601 | + | Email/Text: bankruptcy1@pffcu.org | Jan 24 2024 00:23:00 | Police &fire, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 14802603 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 24 2024 00:32:04 | Raymond & Flannigan/Wffnatlbnk, Attn: |

Case 23-12245-amc    Doc 21    Filed 01/25/24    Entered 01/26/24 00:35:21    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 23, 2024 | Form ID: 155 | Total Noticed: 54 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 14802604 | ^ | MEBN | Jan 24 2024 00:20:52 | Raymour & Flanigan, Attn: Bankruptcy, PO Box 220, Liverpool, NY 13088-0220 |
| 14802605 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2024 00:31:57 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14802606 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2024 00:32:03 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14802607 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2024 00:31:59 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14802608 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2024 00:32:03 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14802609 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2024 00:31:59 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14802610 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2024 00:32:03 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14802611 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2024 00:31:59 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5060 |
| 14802612 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2024 00:31:52 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14802615 | ^ | MEBN | Jan 24 2024 00:20:47 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14802580 | | Citibank/The Home Depot, dept, St Louis,, Citicorp Credit Srvs/, PO Box 790034, Centralized BkMO63179 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 23, 2024 | Form ID: 155 | Total Noticed: 54 |

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
    dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHAEL I. ASSAD
    on behalf of Debtor Marlene Andrea Anthony mail@cibiklaw.com
    cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Marlene Andrea Anthony
      Debtor(s)    Chapter: 13

Bankruptcy No: 23−12245−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this January 23, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge, United States Bankruptcy Court

19
Form 155